# Order

Michigan Supreme Court
Lansing, Michigan

March 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158224

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JAMES RICHARD CLARK,
    Defendant-Appellant.

SC: 158224
COA: 343911
Saginaw CC: 17-044088-FC

_____/

On order of the Court, the application for leave to appeal the June 20, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *People v Arnold (On Remand)* (Court of Appeals Docket No. 325407). After *Arnold* is decided, the Court of Appeals shall determine whether its *Arnold* opinion controls in this case and, if it does, reconsider this case in light of *Arnold*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk

s0313